UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANDRES RAMON MELO,<br>Plaintiff,<br><br>v.<br><br>LAWRENCE PLAZA LIMITED PARTNERSHIP,<br>Defendant. | ) | C.A. No. 1:15-cv-13472-FDS |

**OFFER OF JUDGMENT**
**FED. R. CIV. P. 68**

Defendant Lawrence Plaza Limited Partnership (hereinafter "Lawrence Plaza") hereby makes the following Offer of Judgment pursuant to FED. R. CIV. P. 68:

Judgment in favor of plaintiff Andrew Ramon Melo ("Melo") and against Lawrence Plaza shall enter on the sole count of the complaint seeking injunctive relief to remove physical barriers to access pursuant to the AMERICANS WITH DISABILITIES ACT, 42 U.S.C., §§ 12181, *et seq*. Specifically, the Court shall enter the following permanent injunction:[1]

> Lawrence Plaza Limited Partnership shall take any and all steps necessary to alter the facility commonly referred to as "Stadium Plaza," located at 160 Winthrop Avenue, Lawrence, Massachusetts, to remove physical barriers to access and alter the facility to make it readily accessible to and useable by individuals with disabilities to the extent required by the ADA. All such improvements, to the extent they have not already been made, shall be completed not later than November 30, 2016.

This Offer of Judgment expressly excludes costs and attorneys' fees. If Melo accepts this Offer of Judgment, he may submit a Bill of Costs seeking compensation for all costs taxable pursuant to 28 U.S.C., § 1920. If a Bill of Costs is timely submitted, these costs shall, after review by the Court, be taxed against Lawrence Plaza and awarded to Melo. In addition, Melo

[1] The language of this permanent injunction is taken from paragraph 23 of the Complaint and the prayer for relief.

may, in the Court's discretion, also have an entitlement to attorneys' fees. *See* 42 U.S.C., § 12205. In addition to the injunctive relief addressed above, Lawrence Plaza hereby offers Melo the choice of either: (1) accepting $2,500.00 in attorneys' fees heretofore incurred; or (2) filing a motion with the Court to assess attorneys' fees pursuant to 42 U.S.C., § 12205.

This Offer of Judgment shall not be construed as an admission by Lawrence Plaza nor a concession that Melo is entitled to an award of attorneys' fees and costs. It is inadmissible for any purpose except in a proceeding to determine costs. *See* FED. R. CIV. P. 68(b).

Respectfully submitted,

*/s/ Joshua N. Garick*

Joshua N. Garick, Esq. (BBO #674603)
LAW OFFICES OF JOSHUA N. GARICK, P.C.
100 TradeCenter, Suite G-700
Woburn, Massachusetts 01801
(617) 600-7520
Joshua@GarickLaw.com

*Counsel for Lawrence Plaza*

Dated: August 3, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on August 3, 2016.

*/s/ Joshua N. Garick*

Joshua N. Garick, Esq.

Dated: August 3, 2016