UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:15-cv-13472-FDS

ANDRES RAMON MELO,

Plaintiff,

vs.

LAWRENCE PLAZA
LIMITED PARTNERSHIP,

Defendant.
______________________________/

# JUDGMENT

THIS CAUSE came before the Court on Plaintiff's Notice of Acceptance of Offer of Judgment (D.E. 31), and the Court having considered the matter and being otherwise duly advised in the premises, it is hereby

FOUND, ORDERED AND ADJUDGED as follows:

1. Judgment is entered in favor of plaintiff Andrew Ramon Melo ("Melo") and against defendant Lawrence Plaza Limited Partnership ("Lawrence Plaza") on the sole count of the complaint seeking injunctive relief to remove physical barriers to access pursuant to the Americans with Disabilities Act, 42 U.S.C., §§ 12181, *et seq*.

2. The Court hereby enters the following permanent injunction in favor of Melo and against Lawrence Plaza:

   Lawrence Plaza Limited Partnership shall take any and all steps necessary to alter the facility commonly referred to as "Stadium Plaza," located at 160 Winthrop Avenue, Lawrence, Massachusetts, to remove physical barriers to access and alter the facility to make it readily accessible to and useable by individuals with disabilities to the extent required by the ADA. All such improvements, to the extent they have not already been made, shall be completed not later than November 30, 2016.

3. Melo shall submit a timely Bill of Costs seeking compensation for all costs taxable pursuant to 28 U.S.C., § 1920. If a Bill of Costs is timely submitted, these costs shall, after review by the Court, be taxed against Lawrence Plaza and awarded to Melo.

4. In addition, Melo shall timely file a motion for attorney's fees and shall, in the Court's discretion, be entitled to same. *See* 42 U.S.C. §12205.

ORDERED this 25th day of October, 2016.

/s/ F. Dennis Saylor

F. Dennis Saylor IV
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record