UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.:1:15-cv-13472-FDS

ANDRES RAMON MELO,

Plaintiff,

vs.

LAWRENCE PLAZA
LIMITED PARTNERSHIP,

Defendant.
_______________________________/

PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff, ANDRES RAMON MELO, by and through undersigned counsel, and pursuant to Rule 58(d), Federal Rules of Civil Procedure, hereby submits this Motion for Entry of Final Judgment, and states as follows:

1. On February 6, 2017, the Court issued an Order (D.E. 47) awarding Plaintiff $3,411.00 in attorney's fees and $565.00 in costs.

2. The Court's Order and award of attorney's fees, litigation expenses and costs remains unsatisfied.

3. Plaintiff requests that a final judgment be entered so that Plaintiff can execute and collect on the judgment.

4. Plaintiff further requests that the judgment allow for interest to accrue from the date of the judgment. Interest is allowed on most judgments entered in the Federal Courts from the date of judgment until paid. The interest on civil judgments is governed by 28 U.S.C. Section 1961 which states, in pertinent part:

> (a) Interest shall be allowed on any money judgment in a civil case recovered in a district court. Execution therefore may be levied by the marshal, in any case where, by the law of the State in which such court is held, execution may be levied for interest on judgments recovered in the courts of the State. Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment. The Director of the Administrative Office of the United States Courts shall distribute notice of that rate and any changes in it to all Federal judges.
>
> (b) Interest shall be computed daily to the date of payment except as provided in section 2516(b) of this title and section 1304(b) of title 31, and shall be compounded annually.

Id.

5. Plaintiff has contacted Defendant twice to determine whether Defendant will voluntarily pay the amount owed and has received no response.

6. Plaintiff also requests that the judgment contain the words, "FOR WHICH SUM LET EXECUTION ISSUE, FORTHWITH" to aide in the enforcement of the judgment if necessary. A proposed Order is attached as *"Exhibit A."*

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and enter judgment in Plaintiff's favor, plus interest to accrue from the date of the judgment.

Dated this 20th day of April, 2017.

Respectfully submitted,

By: */s/Edward N. Garno, Esq.*
Edward N. Garno, Esq.
147 Central Street, Suite 213
Lowell, Massachusetts 01852
Telephone: (978) 687-7805
Facsimile: (978) 446-1311
E-mail: nedgarno@hotmail.com
Massachusetts Bar No.: 564378
Counsel for Plaintiff

By: */s/Todd W. Shulby, Esq.*
Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Florida Bar No.: 068365
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Joshua N. Garick, Esq.

I HEREBY CERTIFY that on April 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: None.

By: */s/Todd W. Shulby, Esq.*
For Todd W. Shulby, P.A.